UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY JOE BARBER, III,

Plaintiff,

v.

PIERCE COUNTY DSHS, *et al.*,

Defendants.

CASE NO. 3:26-cv-05320-DGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold (Dkt. No. 6), United States Magistrate Judge, any objections or responses[1], and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the R&R (Dkt. No. 6).

(2)    The Clerk is directed to close this case and to dismiss it without prejudice if Plaintiff fails to pay the filing fee within **60 days** of this Order.

---

[1] Plaintiff did not submit any substantive objections to Judge Leupold's R&R, instead asking the Court to consider granting him permission to proceed in forma pauperis ("IFP") "due to [his] indeterminate incarceration." (Dkt. No. 7.) Plaintiff's statement does not address the reasoning of Judge Leupold's R&R, which found Plaintiff was ineligible for IFP status because he has incurred at least three "strikes" under 28 U.S.C. § 1915(g). Plaintiff instead asks for the Court Plaintiff also asks for a "60 day extension" to pay the filing fee. (*Id.*) The Court is unclear whether Plaintiff is seeking a total of 60 days in which to pay the fee or an additional 60 days beyond the 30-day deadline referenced in Judge Leupold's R&R.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3)  The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 28th day of May, 2026.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2